UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ethan Backer d/b/a/ Backer Photography,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Highsteppin Productions, LLC,<br><br>　　　　　Defendant. | Civil Action No. 09-10728-MLW<br><br>Jury Demand |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Ethan Backer d/b/a Backer Photography ("Backer"), by and through his attorneys Fish & Richardson, P.C., voluntarily dismisses this action with prejudice, and without costs or fees to either party.

Dated:  March 12, 2010        */s/ Adam J. Kessel*
　　　　　　　　　　　　　　　Adam J. Kessel (BBO # 661,211)
　　　　　　　　　　　　　　　Amy L. Brosius (BBO # 656,521)
　　　　　　　　　　　　　　　Fish & Richardson, P.C.
　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2804
　　　　　　　　　　　　　　　Telephone: (617) 542-5070

　　　　　　　　　　　　　　　*Attorneys for Plaintiff  Ethan Backer d/b/a*
　　　　　　　　　　　　　　　*Backer Photography*

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Friday, March 12, 2010.

      */s/ Adam J. Kessel*
      Adam J. Kessel (BBO # 661,211)